1  XAVIER BECERRA
   Attorney General of California
2  ANNADEL A. ALMENDRAS
   Supervising Deputy Attorney General
3  GARY ALEXANDER, SBN 167671
   MYUNG J. PARK, SBN 210866
4  Deputy Attorneys General
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA 94102-7004
    Telephone: (415) 703-5557
6   Fax: (415) 703-5480
    E-mail: Myung.Park@doj.ca.gov
7  *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,**<br><br>Plaintiff,<br><br>v.<br><br>**CHARLTON H. BONHAM, in his official capacity as Director of the California Department of Fish and Wildlife; CRAIG SHUMAN, in his official capacity as Manager of the California Department of Fish and Wildlife Marine's Region,**<br><br>Defendants. | Case No. 3:17-cv-05685-MMC<br><br>**DECLARATION OF DR. CRAIG SHUMAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Fed. R. Civ. P. 12(b)(6)<br><br>Date: Dec. 8, 2017<br>Time: 9:00 a.m.<br>Dept: Courtroom 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney<br>Trial Date: Not Yet Set<br>Action Filed: October 4, 2017 |

I, Dr. Craig Shuman, declare:

1. I am the Regional Manager for the California Department of Fish and Wildlife's Marine Region. I have held this position since June 2013.

2. I was hired in this position by Director Charlton H. Bonham.

3. My duties and responsibilities require me to report to Chief Deputy Director Kevin Hunting, who reports to Director Charlton H. Bonham.

4. My duties as Regional Manager of the Marine Region include having supervisory responsibility over staff in the Marine Region.

5. There are seven Regions throughout California that CDFW serves. In addition to being organized into Regions, CDFW also has multiple organizational Divisions and Branches.

6. The Regional Manager for the Marine Region does not have statewide or Department-wide authority. My duties and responsibilities do not extend to other Regions or Divisions of CDFW, such as the License and Revenue Branch of the Administrative Division, or the Law Enforcement Division.

I declare under penalty of perjury that the foregoing is true and correct and based on my personal knowledge. Executed this 27th day of October, 2017, at Eureka, CA.

*/s/ Craig Shuman*

Dr. Craig Shuman

DECLARATION OF DR. CRAIG SHUMAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (3:17-cv-05685-MMC)