Kristen Monsell (CA Bar No. 304793)
Email:  kmonsell@biologicaldiversity.org
Catherine Kilduff (CA Bar No. 256331)
Email: ckilduff@biologicaldiversity.org
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
Phone:  (510) 844-7137
Facsimile:  (510) 844-7150

*Attorneys for Plaintiff*
*Center for Biological Diversity*

XAVIER BECERRA
Attorney General of California
ANNADEL A. ALMENDRAS
Supervising Deputy Attorney General
GARY ALEXANDER, SBN 167671
MYUNG J. PARK, SBN 210866
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5557
Fax: (415) 703-5480
E-mail:  Gary.Alexander@doj.ca.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>CHARLTON H. BONHAM, et al.,<br><br>Defendants. | Case No. 3:17-cv-05685-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CRAIG SHUMAN AS DEFENDANT AND SETTING DEADLINE FOR DEFENDANT BONHAM TO FILE ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Date: Dec. 8, 2017<br>Time: 9:00 a.m.<br>Dept: Courtroom 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney<br>Trial Date: Not Yet Set |

By and through their counsel of record, Plaintiff Center for Biological Diversity, defendant Charlton H. Bonham, and defendant Craig Shuman hereby enter the following stipulation.

///

Stip. and [Proposed] Order Dismissing Craig Shuman as Def. and Setting Deadline for Def. Bonham to File Answer to Pl.'s Compl.
Case No. 3:17-cv-05685-MMC

1

**Recitals**

1. On October 3, 2017, Plaintiff Center for Biological Diversity filed a complaint against defendant Charlton H. Bonham, in his official capacity as the Director of the California Department of Fish and Wildlife, and against defendant Craig Shuman, in his official capacity as the Manager of the Marine Region of the California Department of Fish and Wildlife. (Dkt. No. 1).

2. On October 27, 2017, defendants filed a motion to dismiss defendant Craig Shuman pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkt. No. 10). Defendants' motion to dismiss asserts that no claim for relief can be stated against defendant Craig Shuman because he has been improperly joined as a defendant.

3. Plaintiff and defendants believe this stipulation will conserve judicial resources and aid in the expeditious resolution of this case.

**Stipulation**

On the basis of the foregoing, plaintiff Center for Biological Diversity, defendant Charlton H. Bonham, and defendant Craig Shuman hereby stipulate as follows:

1. Plaintiff Center for Biological Diversity shall dismiss defendant Craig Shuman from the complaint with prejudice; and

2. Defendant Charlton H. Bonham, in his official capacity as Director of the California Department of Fish and Wildlife, shall file an answer to Plaintiff's complaint on or before November 17, 2017.

**IT IS SO STIPULATED.**

Dated:  November 8, 2017

/s/ Kristen Monsell
Kristen Monsell
Catherine Kilduff

*Attorneys for Plaintiff*

Stip. and [Proposed] Order Dismissing Craig Shuman as Def. and Setting Deadline for Def. Bonham to File Answer to Pl.'s Compl. Case No. 3:17-cv-05685-MMC

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

XAVIER BECERRA
Attorney General of California
ANNADEL A. ALMENDRAS
Supervising Deputy Attorney General

/s/ Gary Alexander
GARY ALEXANDER

*Attorneys for Defendants*

Stip. and [Proposed] Order Dismissing Craig Shuman as Def. and Setting Deadline for Def. Bonham to File Answer to Pl.'s Compl.
Case No. 3:17-cv-05685-MMC

3

Kristen Monsell (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Catherine Kilduff (CA Bar No. 256331)
Email: ckilduff@biologicaldiversity.org
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: (510) 844-7137
Facsimile: (510) 844-7150

*Attorneys for Plaintiff*
*Center for Biological Diversity*

XAVIER BECERRA
Attorney General of California
ANNADEL A. ALMENDRAS
Supervising Deputy Attorney General
GARY ALEXANDER, SBN 167671
MYUNG J. PARK, SBN 210866
Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5557
Fax: (415) 703-5480
E-mail: Gary.Alexander@doj.ca.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>CHARLTON H. BONHAM, et al.,<br><br>Defendants. | Case No. 3:17-cv-05685-MMC<br><br>**[PROPOSED] ORDER DISMISSING CRAIG SHUMAN AS DEFENDANT AND SETTING DEADLINE FOR DEFENDANT BONHAM TO FILE ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Date: Dec. 8, 2017<br>Time: 9:00 a.m.<br>Dept: Courtroom 7, 19th Floor<br>Judge: Hon. Maxine M. Chesney<br>Trial Date: Not Yet Set |

### [PROPOSED] ORDER

Based on the stipulation of the parties, the Court orders the following:

 1. Defendant Craig Shuman is hereby dismissed from the complaint with prejudice; and

Stip. and [Proposed] Order Dismissing Craig Shuman as Def. and Setting Deadline for Def. Bonham to File Answer to Pl.'s Compl.
Case No. 3:17-cv-05685-MMC

4

2. Defendant Charlton H. Bonham, in his official capacity as Director of the California Department of Fish and Wildlife, shall file an answer to Plaintiff's complaint on or before November 17, 2017.

Dated: _____   _____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

Stip. and [Proposed] Order Dismissing Craig Shuman as Def. and Setting Deadline for Def. Bonham to File Answer to Pl.'s Compl.
Case No. 3:17-cv-05685-MMC

5

## ATTESTATION PURSUANT TO LOCAL RULE 5-1

I, Kristen Monsell, am the ECF User whose identification and password are being used to file the foregoing Stipulation to Dismiss Craig Shuman as a Defendant and for Defendant Bonham to File an Answer. Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory has concurred in this filing.

DATED: November 8, 2017

/s/ Kristen Monsell
Kristen Monsell

*Attorney for Plaintiff*
*Center for Biological Diversity*

Stip. and [Proposed] Order Dismissing Craig Shuman as Def. and Setting Deadline for Def. Bonham to File Answer to Pl.'s Compl.
Case No. 3:17-cv-05685-MMC

6