IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) Case No. 3:17-cv-05685-MMC |
| Plaintiff, | ) |
| v. | ) **ORDER DISMISSING CRAIG SHUMAN**<br>) **AS DEFENDANT AND SETTING**<br>) **DEADLINE FOR DEFENDANT** |
| CHARLTON H. BONHAM, et al., | ) **BONHAM TO FILE ANSWER TO**<br>) **PLAINTIFF'S COMPLAINT; DENYING** |
| Defendants. | ) **DEFENDANTS' MOTION TO DISMISS**<br>) **DEFENDANT SHUMAN AS MOOT** |

**ORDER**

Based on the stipulation of the parties, the Court orders the following:

1. Defendant Craig Shuman is hereby dismissed from the complaint with prejudice; and

2. Defendant Charlton H. Bonham, in his official capacity as Director of the California Department of Fish and Wildlife, shall file an answer to Plaintiff's complaint on or before November 17, 2017.

Stip. and Order Dismissing Craig Shuman as Def. and Setting Deadline for Def. Bonham to File Answer to Pl.'s Compl. Case No. 3:17-cv-05685-MMC

1

It is FURTHER ORDERED that defendants' motion, filed October 26, 2017, to dismiss all claims against defendant Craig Shuman is hereby DENIED as moot and the hearing on said motion, set for December 8, 2017, is hereby VACATED.

Dated: November 9, 2017 _____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

Stip. and Order Dismissing Craig Shuman as Def. and Setting Deadline for Def. Bonham to File Answer to Pl.'s Compl.
Case No. 3:17-cv-05685-MMC

2