1  KRISTEN MONSELL (CSB No. 304793)
   kmonsell@biologicaldiversity.org
2  CATHERINE KILDUFF (CSB No. 256331)
   ckilduff@biologicaldiversity.org
3  Center for Biological Diversity
4  1212 Broadway, Suite 800
   Oakland, CA 94612
5  Telephone:   (510) 844-7137
   Telephone:   (510) 844-7150
6
7  DEAN S. KRISTY (CSB No. 157646)
   dkristy@fenwick.com
8  NAIR DIANA CHANG (CSB No. 287624)
   dchang@fenwick.com
9  FENWICK & WEST LLP
   555 California Street, 12th Floor
10 San Francisco, CA  94104
   Telephone:   (415) 875-2300
11 Telephone:   (415) 281-1350

12 Attorneys for Plaintiff Center for Biological
   Diversity

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>CHARLTON H. BONHAM,<br><br>Defendant | Case No.: 3:17-cv-05685-MMC<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Judge: The Honorable Maxine M. Chesney<br><br>Date Action Filed:  October 3, 2017 |
|---|---|

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND TO THE CLERK OF COURT**:

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 5-1(c), Dean S. Kristy and Nair Diana Chang of Fenwick & West LLP hereby submit this Notice of Appearance as co-counsel for Plaintiff Center for Biological Diversity.

For purposes of receipt of Notices of Electronic Filing, counsels' email addresses are as follows:

Dean S. Kristy          dkristy@fenwick.com

Nair Diana Chang        dchang@fenwick.com

Dated:  January 26, 2018

By: */s/ Dean S. Kristy*
    Dean S. Kristy

Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, California  94104
Telephone:      (415) 875-2300
Telephone:      (415) 281-1350

By: */s/ Kristen Monsell*
    Kristen Monsell

Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
Telephone:      (510) 844-7137
Telephone:      (510) 844-7150

Attorneys for Plaintiff Center for Biological Diversity