IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>CHARLTON H. BONHAM,<br><br>Defendant. | Case No. 17-cv-05685-MMC<br><br>**ORDER DIRECTING INTERVENOR-DEFENDANTS TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH CIVIL LOCAL RULES AND COURT'S STANDING ORDERS** |

On November 21, 2018, intervenor-defendants electronically filed their "Opposition to Plaintiff Center for Biological Diversity's Motion for Summary Judgment." Intervenor-defendants have violated the Civil Local Rules of this District and the Court's Standing Orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'." See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Intervenor-defendants are hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document. Intervenor-defendants are hereby advised that if they fail in the future to provide a chambers copy of an electronically filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically filed document for which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: November 29, 2018

MAXINE M. CHESNEY
United States District Judge