1
2
3
4

IN THE UNITED STATES DISTRICT COURT

5

FOR THE NORTHERN DISTRICT OF CALIFORNIA

6
7

CENTER FOR BIOLOGICAL
DIVERSITY,

Case No. 17-cv-05685-MMC

8

Plaintiff,

9

v.

**ORDER DENYING DEFENDANT'S
MOTION TO SHORTEN TIME;
EXTENDING FILING DEADLINE AND
CONTINUING HEARING ON CROSS-
MOTIONS FOR SUMMARY
JUDGMENT**

10
CHARLTON H. BONHAM,

11

Defendant.

12

Re: Dkt. No. 54

13

Before the Court is defendant Charlton H. Bonham's "Motion to Shorten Time and

14

Modify Briefing Schedule," filed December 18, 2018, pursuant to Civil Local Rule 6-3, by

15

which said defendant, in his official capacity as Director of the California Department of

16

Fish and Wildlife, seeks an order permitting his "Motion to Stay the Litigation," likewise

17

filed December 18, 2018, to be briefed and heard on shortened time, and extending from

18

January 14, 2019, to January 22, 2019, the filing deadline for defendant's reply in support

19

of his cross-motion for summary judgment.[1]  Plaintiff Center for Biological Diversity has

20

filed opposition to the request for an order shortening time on the Motion to Stay, but has

21

agreed to the requested extension of briefing as to the motion for summary judgment.[2]

22

Having read and considered the papers filed in support of and in opposition to the

23

motion, the Court finds defendant has not shown good cause for an order shortening

24
25

[1] According to defendant, intervenor-defendants Pacific Coast Federation of Fishermen's
Associations and Institute for Fisheries Resources "have stipulated to" the above.  (See
Mot. at 2:20.)

26
27

[2] As set forth in Rule 6-3, the briefing on a motion filed thereunder, unless the court
orders otherwise, is complete upon the filing of an opposition.

28

time.

Accordingly, the Motion to Shorten Time is hereby DENIED, the Motion to Stay shall be heard on January 25, 2019, <u>see</u> Civil L.R. 7-2(a),[3] and the filing deadline for defendant's and intervenor-defendants' replies in support of their respective cross-motions for summary judgment is hereby EXTENDED from January 14, 2019, to January 22, 2019.

In light of the above, the hearing on the parties' cross-motions for summary judgment is hereby CONTINUED from February 8, 2019, to February 22, 2019.

**IT IS SO ORDERED.**

Dated: January 2, 2019

MAXINE M. CHESNEY
United States District Judge

---

[3] Plaintiff's opposition to the Motion to Stay shall be filed no later than January 4, 2019, and defendant's reply shall be filed no later than January 11, 2019.