# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** January 25, 2019   **Time:** 9:00 - 9:47   **Judge:** MAXINE M. CHESNEY
                                    10:21 - 10:24
                                    = 50 minutes

**Case No.**: 17-cv-05685-MMC   **Case Name:** Center for Biological Diversity v. Charlton Bonham

**Attorney for Plaintiff:** Kristen Monsell
**Attorney for Defendant:** Sara Van Loh, Myung Park, Gary Alexander
**Attorney for Intevenor-Defendant:** Glen Spain

**Deputy Clerk:** Tracy Geiger   **Court Reporter:** Debra Pas

## PROCEEDINGS

Defendants' Motion to Stay – hearing held.

Court denied motion for reasons stated on the record.

**Order to be prepared by:**
( )   Plaintiff          ( )   Defendant          (X)   Court

**Case continued to:**   February 22, 2019 at 9:00 a.m. for: Cross-Motions for Summary Judgment