IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLTON H. BONHAM,<br><br>    Defendant. | Case No. 17-cv-05685-MMC<br><br>**ORDER DENYING DEFENDANT'S MOTION TO STAY**<br><br>Re: Dkt. No. 53 |

    Before the Court is defendant Charles H. Bonham's Motion to Stay, filed December 18, 2018. Plaintiff Center for Biological Diversity has filed opposition, to which defendant has replied. The matter came on regularly for hearing on January 25, 2019. Sarah D. Van Logh of the California State Attorney General's Office appeared on behalf of defendant; Kristen A. Monsell appeared on behalf of plaintiff; and Glen H. Spain appeared on behalf of intervenor-defendants Pacific Coast Federation of Fishermen's Associations and Institute for Fisheries Resources.

    Having considered the parties' respective written submissions and the arguments of counsel at the hearing, the motion is, for the reasons stated on the record at the hearing, hereby DENIED.

    **IT IS SO ORDERED.**

Dated: January 25, 2019

                                                 MAXINE M. CHESNEY<br>
                                               United States District Judge