# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| Date: February 22, 2019 | Time: 9:02 A.M. - 10:22 A.M. | Judge: MAXINE M. CHESNEY |
|---|---|---|
| Case No.: 17-cv-05685-MMC | Case Name: Center for Biological Diversity v. Bonham | |

**Attorney for Plaintiff:** Kristen Monsell
**Attorney for Defendant:** Myung Park, Gary Alexander
**Attorney for Intervenor:** Glen Spain

**Deputy Clerk:** Mauriona Lee      **Court Reporter:** Belle Ball

## PROCEEDINGS

Cross-motions for summary judgment hearing – held.

## SUMMARY

Arguments made by counsel in support of respective motions for all parties. Matter deemed submitted. Parties request to hold ruling over pending settlement discussions. Joint status report due by March 15, 2019.