| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br>MYUNG J. PARK<br>Supervising Deputy Attorney General<br>GARY ALEXANDER, SBN 167671<br>SARA D. VAN LOH, SBN 264704<br>Deputy Attorneys General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA 94102-7004<br>  Telephone: (415) 510-3366<br>  Fax: (415) 703-5843<br>  E-mail: Gary.Alexander@doj.ca.gov<br>*Attorneys for Defendant Charlton H. Bonham* | KRISTEN MONSELL (SBN 304793)<br>Email: kmonsell@biologicaldiversity.org<br>CATHERINE KILDUFF (SBN 256331)<br>Email: ckilduff@biologicaldiversity.org<br>Center for Biological Diversity<br>1212 Broadway, Suite 800<br>Oakland, CA 94612<br>Phone: (510) 844-7137<br>Facsimile: (510) 844-7150<br><br>DEAN S. KRISTY (SBN 157646)<br>Email: dkristy@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-2300<br>Facsimile: (415) 281-1350<br>*Attorneys for Plaintiff*<br>*Center for Biological Diversity* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>                             Plaintiff,<br>v.<br><br>CHARLTON H. BONHAM, in his official capacity as Director of the California Department of Fish and Wildlife,<br><br>                             Defendant,<br>and<br><br>PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS and INSTITUTE FOR FISHERIES RESOURCES,<br><br>                             Intervenor-Defendants. | Case No. 3:17-cv-05685-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT AGREEMENT RE CLAIM FOR ATTORNEY FEES**<br><br>Judge:      Hon. Maxine Chesney<br>Trial Date:  None scheduled<br>Action Filed:  October 3, 2017 |

1

This stipulated Settlement Agreement to resolve the claim for attorneys' fees and costs in this matter is made between Plaintiff Center for Biological Diversity, Inc. ("Center") and Defendant Charlton H. Bonham, in his official capacity as Director of the California Department of Fish and Wildlife ("CDFW").

**RECITALS**

1. The Center filed a complaint on October 3, 2017, alleging that CDFW had caused and was causing the "illegal 'take' of threatened and endangered humpback whales, endangered blue whales, and endangered Pacific leatherback sea turtles." (Dkt. No. 1.) The Center's complaint challenged CDFW's "authorization, permitting, licensing, overseeing, and management of the California commercial Dungeness crab fishery," which the Center alleged was "killing, injuring, harming, capturing, and otherwise causing 'take' of humpback whales, blue whales, and leatherback sea turtles in violation of Section 9 of the Endangered Species Act." *Id.*; 16 U.S.C. § 1538.

2. CDFW filed an answer to Plaintiff's complaint on November 17, 2017, admitting and denying certain of the Center's allegations. (Dkt. No. 15.)

3. The Parties filed cross-motions for summary judgment in this case and appeared for oral argument on the motions on February 22, 2019. After the matter was deemed submitted, the Parties reached a settlement and, therefore, submitted a Stipulation and Order Staying the Case, which this Court signed on March 26, 2019. (Dkt. No. 72.)

4. The Center and CDFW have subsequently engaged in good faith and confidential settlement negotiations concerning the Center's claims for attorneys' fees and costs; and

5. The Center and CDFW have reached a settlement of the Center's claims for attorneys' fees and costs which have been claimed or accrued, or could have been claimed or accrued to and including the date upon entry of this Stipulation as an Order by the Court.

///
///
///
///

# SETTLEMENT AGREEMENT

NOW THEREFORE, in the interests of judicial economy and to avoid the need for a motion for attorneys' fees and costs, the Center and CDFW, hereby stipulate and agree as follows:

1. CDFW agrees to pay the Center's reasonable attorneys' fees and costs, pursuant to Section 11(g) of the Endangered Species Act, 16 U.S.C. § 1540(g)(4), in the amount of $300,000.00, payable to the Center for Biological Diversity, Inc. No interest will accrue on this payment.

2. The Center agrees to provide CDFW with a completed Payee Data Record (State Standard Form 204) as soon as possible upon the signing of this stipulated Settlement Agreement.

3. CDFW agrees to submit the necessary paperwork to process payment of the attorneys' fees award no later than ten (10) business days after funds become available pursuant to paragraph 4, provided the Center has already submitted the information requested in paragraph 2.

4. CDFW's payment set forth above is contingent upon certification of availability of funds, the approval of the Director of the California Department of Finance, and the enactment by California's Legislature and Governor of a bill including an appropriation for the specific, agreed-upon amount stated in paragraph 1, above. CDFW anticipates that the settlement amount stated above in paragraph 1 will be included in the Budget Act of 2020 (SB 808). CDFW agrees to keep the Center apprised of the bill's progress, and to act in good faith to facilitate its enactment and payment as soon as possible.

5. This Stipulated Settlement Agreement resolves all claims for attorneys' fees and/or costs related to this action to date.

6. The Center agrees to accept payment of $300,000.00 in full satisfaction of any and all claims for attorneys' fees and costs of litigation to which the Center is entitled in the above-captioned litigation, except as provided in paragraph 8.

7. The Center agrees that receipt of this amount from CDFW shall operate as a release of the Center's claims for attorneys' fees and costs in this matter, except as provided in

paragraph 8.

8. By and through this Settlement Agreement, CDFW does not waive any right to contest fees claimed by the Center or the Center's counsel, including the hourly rate, in any future litigation. Further, if the administrative stay is lifted to permit litigation of this case to continue, and if this case resolves such that the Center is not entitled to an award of attorney fees or costs (for example, without limitation, if summary judgment is entered against the Center), the Center and CDFW agree that the Center shall promptly return any funds paid to it under this agreement. If the administrative stay is lifted to permit litigation of this case to continue, the Center reserves its rights to seek additional costs and fees associated with the furtherance of the litigation from the date the administrative stay is lifted only. Further, this Settlement Agreement as to attorneys' fees and costs has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

9. The parties agree that this Settlement Agreement was negotiated in good faith. By entering into this Settlement Agreement the parties do not waive any claim or defense.

10. The undersigned representatives of each party certify that they are fully authorized by the party or parties they represent to agree to the Court's entry of the terms and conditions of this Agreement and do hereby agree to the terms herein.

11. It is understood and agreed that this Agreement or any judgment or act pursuant thereto shall not be construed as, nor constitute, an admission of any liability on the part of CDFW.

///
///
///
///
///
////
///
///

12. The terms of this Agreement shall become effective upon entry of this Stipulation as an Order by the Court.

Dated: May 19, 2020

Respectfully submitted,

/s/ *Gary Alexander*
Gary Alexander
Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL

*Attorney for Defendant Charlton H. Bonham*

/s/ *Catherine Kilduff*
Catherine Kilduff
Kristen Monsell
Dean S. Kristy

*Attorneys for Plaintiff*
*Center for Biological Diversity*

## ATTESTATION

I, Gary Alexander, am the ECF user whose identification and password are being used to file this Joint Status Report. In compliance with L.R. 5-1(i), I attest that the other signatories have concurred in this filing.

DATED: May 19, 2020

/s/ *Gary Alexander*

## COURT ORDER

Pursuant to the stipulation of the parties, **IT IS SO ORDERED**.

Dated: May 19, 2020.

Hon. Maxine M. Chesney
UNITED STATES DISTRICT JUDGE