1   XAVIER BECERRA
    Attorney General of California
2   MYUNG J. PARK
    Supervising Deputy Attorney General
3   GARY ALEXANDER, SBN 167671
    SARA D. VAN LOH, SBN 264704
4   Deputy Attorneys General
      455 Golden Gate Avenue, Suite 11000
5     San Francisco, CA  94102-7004
      Telephone:  (415) 510-3366
6     Fax:  (415) 703-5843
      E-mail:  Gary.Alexander@doj.ca.gov
7   *Attorneys for Defendant Charlton H. Bonham*

8   GLEN H. SPAIN (CSB #88097)
    PO Box 11170
9   Eugene, OR 97440-3370
    Telephone: (541) 521-8655
10  Email: fish1ifr@aol.com
11  *General Counsel and Attorney for Intervenor-*
    *Defendants Pacific Coast Federation of Fishermen's*
12  *Associations (PCFFA) and Institute for Fisheries*
    *Resources (IFR)*

KRISTEN MONSELL (SBN 304793)
Email: kmonsell@biologicaldiversity.org
CATHERINE KILDUFF (SBN 256331)
Email: ckilduff@biologicaldiversity.org
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: (510) 844-7137
Facsimile: (510) 844-7150

DEAN S. KRISTY (SBN 157646)
Email: dkristy@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
*Attorneys for Plaintiff*
*Center for Biological Diversity*

13              IN THE UNITED STATES DISTRICT COURT

14              FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16

17  CENTER FOR BIOLOGICAL DIVERSITY,          Case No. 3:17-cv-05685-MMC

18                              Plaintiff,    **FOURTH POST-STAY JOINT STATUS**
                                              **REPORT**
19          v.
                                              Judge:        Hon. Maxine Chesney
20  CHARLTON H. BONHAM, in his official       Trial Date:   None scheduled
    capacity as Director of the California    Action Filed: October 3, 2017
21  Department of Fish and Wildlife,

22                              Defendant,

23  and

24  PACIFIC COAST FEDERATION OF
    FISHERMEN'S ASSOCIATIONS and INSTITUTE
25  FOR FISHERIES RESOURCES,

26                      Intervenor-Defendants.

27

28

                                        1

Pursuant to the Court's March 26, 2019 Order (Dkt. No. 72), Plaintiff Center for Biological Diversity (CBD), Defendant Charlton H. Bonham, in his official capacity as Director for the California Department of Fish and Wildlife, and Intervenor-Defendants Pacific Coast Federation of Fishermen's Associations (PCFFA) and the Institute for Fisheries Resources (IFR) (collectively, the "Parties") respectfully submit this *fourth post-stay* joint status report.

## BACKGROUND

Plaintiff filed a complaint on October 3, 2017, alleging that Defendant has caused and is causing the "illegal 'take' of threatened and endangered humpback whales, endangered blue whales, and endangered Pacific leatherback sea turtles." (Dkt. No. 1.)  Plaintiff's complaint challenges Defendant's "authorization, permitting, licensing, overseeing, and management of the California commercial Dungeness crab fishery," which Plaintiff alleges "is killing, injuring, harming, capturing, and otherwise causing 'take' of humpback whales, blue whales, and leatherback sea turtles in violation of" Section 9 of the Endangered Species Act. *Id.*; 16 U.S.C. § 1538.

Defendant filed an answer to Plaintiff's complaint on November 17, 2017, admitting and denying certain of Plaintiff's allegations.  (Dkt. No. 15.)  After successfully intervening, Intervenor-Defendants filed an answer to Plaintiff's complaint on April 16, 2018, incorporating Defendant's responses in its answer, and admitting and denying certain of Plaintiff's allegations. (Dkt. No. 41.)

The Parties filed cross-motions for summary judgment in this case and appeared for oral argument on the motions on February 22, 2019.  After the matter was deemed submitted, Defendant requested that the Court hold off on a ruling pending further settlement discussions. Those further settlement discussions were fruitful.  The Parties submitted a Stipulation and Order Staying the Case, which this Court signed on March 26, 2019.  (Dkt. No. 72.)  The Order Staying the Case required that the Parties submit a joint status report every six months as the Parties work through their settlement commitments.  The parties have done so, submitting their third post-stay joint status report on September 25, 2020. (Dkt. No. 77.)

2

1    The Order Staying the Case (Dkt. No. 72) anticipated that CDFW would undertake a

2    rulemaking process for the new RAMP regulation and that "within 14 days after publication of

3    the final rulemaking, the Parties will file a status report with the Court."  This fourth post-stay

4    joint status report responds to that particular part of the Order Staying the Case, and is filed

5    concurrently with the parties' jointly submitted Second Stipulation and [Proposed] Order Staying

6    the Case.

7                                    **CURRENT STATUS**

8    Since the stay was implemented, the California Department of Fish and Wildlife (CDFW)

9    has made substantial progress toward its settlement obligations and has outlined those significant

10   steps in the previous post-stay joint status reports.

11   Since the last joint status report, CDFW has undertaken the steps outlined below.  Citations

12   below refer to Exhibit A of this Court's March 26, 2019 Order (Dkt. No. 72) so that the Court and

13   all Parties can correlate CDFW's actions with progress toward its settlement commitments.

14   Of importance, the update presented below is not cumulative.  The update presented below

15   covers activities undertaken by CDFW since the last update (Dkt. 77).

16   **I.    Risk Assessment Steps Undertaken Between September 26, 2020 and November
17        13, 2020**

18        **A.    Exhibit A, Section I(c)(i)**

19   CDFW performed entanglement risk assessments on November 4, 2020.  This included two

20   aerial surveys and communication with the Dungeness Crab Working Group.  As a result of the

21   risk assessment's discovery of high concentrations of Humpback whales within the fishing

22   grounds, and after input from the Working Group, the start of the crab season was delayed at least

23   until December 1, 2020, for fishing zones south of the Sonoma/Mendocino county line.

24   ///

25   ///

26   ///

27   ///

28   ///

1  **II.      Rulemaking Steps Undertaken Between September 26, 2020 and November 13, 2020**

2        **A.      Exhibit A, Section III(a)(iii)(2)**

3        The RAMP regulations were submitted to the Office of Administrative Law (OAL) for

4  review on September 2, 2020.  OAL has approved the RAMP regulations with an effective date

5  of November 1, 2020.  The RAMP regulations are currently being implemented, including for the

6  November 4, 2020 risk assessment.

7  **III.      No Objection to Filing Joint Status Report**

8        CBD, PCFFA and IFR do not have direct knowledge of all of the actions outlined above,

9  but have read this report and do not object to it being filed as a Joint Status Report.

10

11  Dated:  November 13, 2020               Respectfully submitted,

12                                        */s/ Gary Alexander*
                                      Gary Alexander

13                                        Deputy Attorney General
                                      OFFICE OF THE ATTORNEY GENERAL

14

15                                        *Attorney for Defendant Charlton H. Bonham*

16                                        */s/ Catherine Kilduff*
                                      Catherine Kilduff

17                                        Kristen Monsell

18                                        *Attorneys for Plaintiff*
                                      *Center for Biological Diversity*

19                                        */s/ Glen Spain*
                                      Glen Spain

20

21                                        *Attorney for Intervenors Pacific Coast*
                                      *Federation of Fishermen's Association and*

22                                        *Institute for Fisheries Resources*

23  ///

24  ///

25  ///

26  ///

27  ///

28

1

2

## **ATTESTATION**

3

     I, Gary Alexander, am the ECF user whose identification and password are being used to

4

file this Joint Status Report.  In compliance with L.R. 5-1(i), I attest that the other signatories

have concurred in this filing.

5

6

DATED: November 13, 2020

7

                                   /s/ *Gary Alexander*_____

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Case Name: ***Center for Biological Diversity v. Charlton H. Bonham***          Case No.   **3:17-cv-05685-MMC**

I hereby certify that on <u>November 13, 2020</u>, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

## FOURTH POST-STAY JOINT STATUS REPORT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>November 13, 2020</u>, at San Francisco, California.

<table>
<tr><td>G. Guardado<br>Declarant</td><td>/s/ G. Guardado<br>Signature</td></tr>
</table>

SF2017203894