IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiff,

v.

CHARLTON H. BONHAM,

Defendant.

Case No.  17-cv-05685-MMC

**ORDER MODIFYING ORDER ISSUED NOVEMBER 16, 2020**

By agreement of the parties, the Court's Order of November 16, 2020 (Doc. No. 80), is hereby modified as follows:

1. All proceedings in this matter, including the submitted cross-motions for summary judgment, will continue to be stayed until the issuance of the Incidental Take Permit.

2. Within 14 days after issuance of the Incidental Take Permit, the Parties will file a status report with the Court.

3. The Parties will further submit a brief joint status update every twelve months from the date of this order until issuance of the Incidental Take Permit.

4. The Parties are to meet and confer in May 2026 for the purpose of discussing the progress made as of that date and any other issues of unilateral or mutual interest.

**IT IS SO ORDERED.**

Dated: November 21, 2025

MAXINE M. CHESNEY
United States District Judge